IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER RAGLIN, | : | |
| Petitioner, | : | |
| vs. | : | Case No. C-1-01-767 |
| BETTY MITCHELL, Warden, | : | CHIEF JUDGE WALTER HERBERT RICE |
| Respondent. | : | |

**ORDER**

The within case is found to be suitable for administrative processing.

 s/Walter Herbert Rice
WALTER HERBERT RICE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

8/4/03 - Case ordered stayed by Magistrate Judge
until state court proceedings have been fully exhausted.