# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WALTER RAGLIN,

    Petitioner,

    -vs-

BETTY MITCHELL, Warden,

    Respondent.

:

:

:

Case No. 1:00-cv-767

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

---

**ORDER REQUESTING STATUS UPDATE ON STATE COURT PROCEEDINGS**

---

In compliance with the Order which granted Petitioner's motion to hold his case in abeyance (Doc. No. 70) pending exhaustion in the state courts of a *Brady* issue, Counsel for Petitioner shall immediately update the Court on the status of Raglin's state court proceedings. Additionally, Counsel shall keep this Court apprized of the progress of the state court proceedings on a quarterly basis.

July 20, 2004.

                                                     s/ **Michael R. Merz**
                                                United States Magistrate Judge