IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WALTER RAGLIN,

        Petitioner,               CASE NO.: 1:00-cv-767

Vs.                                    District Judge Walter Herbert Rice
                                      Magistrate Judge Michael R. Merz

BETTY MITCHELL, WARDEN,

        Respondent.

## FIRST STATUS REPORT

Pursuant to the Court's order of July 20, 2004, counsel for Petitioner, Walter Raglin, submits the First Status Report.

On September 29, 2004, the First District Court of Appeals affirmed the judgment of the trial court denying Walter Raglin's successor petition for state post-conviction relief. A Memorandum in Support of Jurisdiction will be filed with the Ohio Supreme Court on or before November 12, 2004.

                                             Respectfully submitted,

                                             James D. Owen #0003525
                                             5354 North High Street
                                             Columbus, Ohio 43214
                                             (614) 436-3245
                                             (614) 436-6788 facsimile
                                             Counsel for Petitioner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing First Status Report was served by regular U.S. Mail this 20th day of October, 2004, upon: Henry G. Appel, Asst. Attorney General, and Charles L. Wille, Asst. Attorney General, 30 East Broad Street, 23rd Floor, Columbus, Ohio 43215-3428

James D. Owen #0003525
Counsel for Petitioner

## JAMES D. OWEN
ATTORNEY AT LAW
5354 NORTH HIGH STREET
COLUMBUS, OHIO 43214
Telephone: (614) 436-3245   Facsimile: (614) 436-6788

October 20, 2004

Ms. Rebecca Snively
Deputy in Charge
Federal Building, Room 712
200 West Second Street
Dayton, Ohio 45402

      Re:    Walter Raglin v. Betty Mitchell, Warden
               Case No.: 1:00-cv-767

Dear Ms. Snively:

      Enclosed please find the original and five copies of the First Status Report relative to the above. Please file the same and return the extra time-stamped copies to me in the enclosed self-addressed, stamped envelope.

      Thank you for your attention to this matter. If you require any further information, please feel free to contact me.

Sincerely yours,

*[signature: James D. Owen /th]*

James D. Owen
JDO/th
Enclosures
Cc:    Henry G. Appel, Asst. Atty. General (w/enclosure)
          Charles L. Wille, Asst. Atty. General (w/enclosure)

*10/22/2004 approved for manual filing [signature]*