In The United States District Court
For The Southern District of Ohio

| | |
|---|---|
| Walter Raglin | |
| | Case No. C-1-00-767 |
| Petitioner | |
| v. | Judge Rice |
| | |
| Betty Mitchell, Warden | Magistrate Merz |
| | |
| Respondent. | |

# Notice of Updated Certificate of Service

The Warden hereby notifies this Court that she has served her corrected, amended return of writ (Doc. R. 80), along with this updated certificate of service by ordinary mail postage prepaid to the following people.

James D. Owen, Esq.
CLOUD, KOENIG & OWEN
5354 North High St.  Suite 3D
Columbus, OH  43214

Respectfully submitted,

JIM PETRO
Attorney General for the State of Ohio

/s *Henry G. Appel*
HENRY G. APPEL  (#0068479
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
Phone:  (614) 728-7055
Fax:      (614) 728-8600

Counsel for Respondent

1