**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **WALTER RAGLIN,** | : | |
| Petitioner, | : | CASE NO. 1:00-cv-767 |
| v. | : | JUDGE WALTER H. RICE |
| **BETTY MITCHELL, Warden** | : | MAGISTRATE JUDGE MERZ |
| Respondent. | : | |

**NOTICE OF SUBSTITUTION OF LEAD COUNSEL AND CO-COUNSEL**

Please take notice that Assistant Attorney General Charles L. Wille has been replaced as trial and lead counsel of record for Respondent in the above styled appeal by **Assistant Attorney General Carol A. Ellensohn**. **Assistant Attorney General Charles L. Wille** replaces Assistant Attorney General Henry G. Appel as co-counsel of record on this case. Assistant Attorney General Henry G. Appel should be terminated entirely as counsel of record in this case. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

**Jim Petro**
Ohio Attorney General

s/ *Carol A. Ellensohn*
**CAROL A. ELLENSOHN (0074598)***
**Trial and Lead Counsel*
Assistant Attorney General
Email: cellensohn@ag.state.oh.us

**CHARLES L. WILLE (0056444)**
Email: cwille@ag.state.oh.us
Assistant Attorney General

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Substitution of Lead Counsel and Co-Counsel*, has been forwarded this 20th day of May 2005, via the court's electronic notification system to:

> James D. Owen
> Attorney at Law
> 5354 North High Street, Suite 3D
> Columbus OH 43214
> Email: owenjdo@aol.com

s/ *Carol A. Ellensohn*
**CAROL A. ELLENSOHN (0074598)**
Assistant Attorney General