# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WALTER RAGLIN,

    Petitioner,

    -vs-

BETTY MITCHELL, Warden,

    Respondent.

Case No. 1:00-cv-767

District Judge Walter Herbert Rice
Chief Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #86), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 29, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Respondent's Motion to Dismiss the Second, Thirty-Seventh, and Thirty-Eighth Grounds for Relief in the Amended Petition be granted and that such claims be, and they hereby are, dismissed with prejudice as barred by the statute of limitations in 28 U.S.C. §2244(d).

August 4, 2005.

                                          Walter Herbert Rice
                                          United States District Judge