# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In re: Capital Habeas Corpus Litigation     :     Chief Magistrate Judge Michael R. Merz

**GENERAL ORDER REGARDING RECORD REFERENCES**

The volume of capital habeas corpus litigation pending in this Court necessitates adoption of the following general order pursuant to Fed. R. Civ. P. 83(b):

In all capital habeas corpus cases pending in this Court whenever a party references the record (either the state court record or the record as developed in this Court) in motion papers or a brief, the party shall make a reference to the specific page or pages of the record at which the referenced material appears. After a paginated appendix to return of writ is filed in the case, material included in the appendix shall be referenced to the specific appendix page at which it appears.

October 28, 2005.

s/ **Michael R. Merz**
Chief United States Magistrate Judge

J:\Death Penalty\Record Reference General Order.wpd