UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Walter Raglin, | : | |
| | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Case No. C-1-00-767 |
| | : | Judge Rice |
| Betty Mitchell, Warden | : | Magistrate-Judge Merz |
| | : | |
|     Respondent. | : | |

---

**PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

---

      Petitioner, by and through counsel, and moves the Court for an extension of time to April 24, 2006, within which to file his objections to the Report and Recommendations filed by the Magistrate Judge on February 2, 2006 (Doc. 89) for the reasons set forth below.  An extension until April 10, 2006, was previously granted.

                                                 s/James D. Owen

                                                 _____
                                                 James D. Owen (0003525)
                                                 5354 North High Street
                                                 Columbus, Ohio  43214
                                                 (614)  436-3245

                                                 OwenJDO@AOL.com
                                                 Trial Attorney for Petitioner

**MEMORANDUM IN SUPPORT**

Petitioner's counsel spoke with Assistant Attorney General Charles L. Willie on February 21, 2006, and at that time he said he had no objection to a reasonable period for an extension in which to file objections to the February 2, 2006 Report and Recommendations.

At that time, the Objections to the Report and Recommendation were due on February 21, 2006. On February 22, 2006, the court granted Petitioner's request for an extension until April 10, 2006.

On March 6, 2006, Attorney Owen commenced a complex jury trial in <u>Howard v. State of Ohio</u> which lasted until March 15, 2006, when the jury reached a verdict. Subsequently, Attorney Owen was involved in preparation for an Aggravated Murder trial scheduled to commence on April 3, 2006. Although that case was continued on the date of trial, Attorney Owen's mother suffered a severe heart attack in the late evening hours on the following day, April 4, 2006, which caused him to be out of the office until Sunday, April 9, 2006. It was necessary for Owen to make all necessary arraignments for the care of his mother because his father is a quadriplegic and therefore unable to assist in any manner.

Accordingly, Petitioner respectfully requests an extension to April 24, 2006, within which to prepare his objections to the Magistrate's Report and Recommendations.

                        s/James D. Owen

                        _____
                        James D. Owen (0003525)
                        5354 North High Street
                        Columbus, Ohio  43214
                        (614)  436-3245

                        OwenJDO@AOL.com
                        Trial Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this 10th day of April, 2006, served electronically through the Court's ECF System a copy of the foregoing pleading to the following attorneys of record:

Carol Ann Ellenson
Charles L. Wille
ASSISTANT ATTORNEY GENERAL
Capital Crimes Section - 23rd Floor
30 East Broad Street
Columbus, Ohio  43215

                                        s/James D. Owen

                                        _____
                                        James D. Owen (0003525)