IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WALTER RAGLIN, | : | |
| Petitioner, | : | CASE NO. 1:00-cv-767 |
| v. | : | JUDGE WALTER H. RICE |
| BETTY MITCHELL, Warden | : | MAGISTRATE JUDGE MERZ |
| Respondent. | : | |

NOTICE OF RAGLIN'S FAILURE TO FILE
OBJECTIONS UNDER HABEAS RULE 8(b)(3)

Petitioner Walter Raglin is an Ohio death row inmate who has been sentenced to death for the robbery and murder of Michael Bany. Walter Raglin filed his first habeas corpus petition on September 13, 2000. Doc. R. 14. Respondent Betty Mitchell filed a timely return of writ. Doc. R. 15. On March 8, 2005, almost five years after filing his initial petition, Raglin filed an amended petition. Doc. R. 76.

On February 2, 2006, after the completion of briefing and discovery, the Magistrate Judge issued a Report and Recommendations recommending Raglin's first amended petition be dismissed with prejudice. Doc. R. 89.

Pursuant to Habeas Rule 8(b)(3) and Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten days after being served with the Report and Recommendations. In this case, Raglin's deadline to file objections to the Magistrate Judge's February 2, 2006 Report and Recommendations was originally February 21, 2006. After *three* extensions of time, Raglin's deadline to file objections was extended to May 8, 2006. That date has come and gone.

Respondent now gives notice to this Court that Raglin has failed to file written objections to the Magistrate Judge's February 2, 2006 Report and Recommendations. Based on Raglin's failure to file objections, Respondent asserts that she fully intends to argue waiver on appeal. *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).

Respectfully submitted,

**Jim Petro**
Ohio Attorney General

s/*Carol A. Ellensohn*
**CAROL A. ELLENSOHN (0074598)***
**Trial and Lead Counsel*
Assistant Attorney General
Email: cellensohn@ag.state.oh.us

**CHARLES L. WILLE (0056444)**
Email: cwille@ag.state.oh.us
Assistant Attorney General

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, has been forwarded this 9th day of May 2006, via the court's electronic notification system to:

>James D. Owen
>Attorney at Law
>5354 North High Street, Suite 3D
>Columbus OH 43214
>Email: owenjdo@aol.com

>s/*Carol A. Ellensohn*
>**CAROL A. ELLENSOHN (0074598)**
>Assistant Attorney General

Case 1:00-cv-00767-MRB-MRM    Document 92    Filed 05/09/2006    Page 3 of 3