IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WALTER RAGLIN, | : | |
| Petitioner, | : | Case No. C-1-00-767 |
| vs. | : | Judge Walter H. Rice |
| BETTY MITCHELL, Warden | : | Magistrate Judge Michael R. Merz |
| Respondent. | : | **This is a Death Penalty Case** |

_____

**PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S
REPORT AND RECOMENDTION**
_____

Petitioner, by and through counsel, and moves the Court for an extension of time to May 26, 2006, within which to file his objections to the Report and Recommendations filed by the Magistrate Judge on February 2, 2006 (Doc. 89) for the reasons set forth below.

s/James D. Owen

_____
James D. Owen (0003525)
5354 North High Street
Columbus, Ohio 43214
(614) 436-3245

OwenJDO@AOL.com
Trial Attorney for Petitioner

## MEMORANDUM IN SUPPORT

Petitioner's counsel, James D. Owen, respectfully requests an additional extension of time in which to file objections to the February 2, 2006 Report and Recommendations. Attorney Owen is the sole attorney representing Petitioner in this federal habeas proceeding, even though the Petitioner is subject to a state death sentence.

As previously represented to the court, Attorney Owen was involved in a complex jury trial in Howard v. State of Ohio which lasted until March 15, 2006, when jury reached a verdict. Subsequently, Attorney Owen was involved in preparation for an Aggravated Murder trial scheduled to commence on April 3, 2006. Although that case was unexpectedly continued on the date of trial, Attorney Owen's mother suffered a severe heart attack in the late evening hours on the following day, April 4, 2006, which caused him to be out of the office until Sunday April 9, 2006. It was necessary for Owen to make all necessary arrangements for the care of his mother because his father is a quadriplegic and therefore unable to assist in any manner.

Since then, Owen has been involved in a hectic trial docket and has recently been ill and therefore unable to be at his office.

For the foregoing reasons, Petitioner's counsel respectfully requests an extension of time to May 26, 2006, within which to prepare his objections to the Magistrate's Report and Recommendations.

s/James D. Owen

_____
James D. Owen (0003525)
5354 North High Street
Columbus, Ohio 43214
(614) 436-3245

OwenJDO@AOL.com
Trial Attorney for Petitioner

## CERTIFICATE OF SERVICE

I hearby certify that I have, this 9th day of May, 2006, served electronically through the Court's ECF System a copy of the foregoing pleading to the following attorneys of record:

Carol Ann Ellenson
Charles L. Wille
ASSISTANT ATTORNEY GENERAL
Capital Crimes Section- 23rd Floor
30 East Broad Street
Columbus, Ohio 43215

s/James D. Owen

_____
James D. Owen (0003525)
