IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WALTER RAGLIN, | : | |
| Petitioner, | : | CASE NO. 1:00-CV-767 |
| v. | : | Judge Walter H. Rice |
| BETTY MITCHELL, Warden | : | Magistrate Judge Michael R. Merz |
| Respondent. | : | *Death Penalty Case* |

## RESPONDENT'S NOTICE OF DESIGNATION OF LEAD AND TRIAL COUNSEL, CO-COUNSEL AND TERMINATION OF COUNSEL

Please take notice that **Assistant Attorney General Carol A. Ellensohn is designated as lead and trial counsel** of record and **Assistant Attorney General Charles L. Wille is designated as co-counsel** of record for Respondent in the above styled appeal. Assistant Attorney General Henry G. Appel is no longer with the Capital Crimes Section of the Attorney General's Office and should be removed entirely as counsel of record. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

**JIM PETRO**
Ohio Attorney General

s/Carol A. Ellensohn
**CAROL A. ELLENSOHN* (0074598)**
  ***Lead and Trial Counsel**
Assistant Attorney General
Email: cellensohn@ag.state.oh.us

**CHARLES L. WILLE (0056444)**
Assistant Attorney General
Email: cwille@ag.state.oh.us

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
Phone: (6l4) 728-7055; Fax: (614) 728-8600

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Respondent's Notice of Designation of Lead and Trial Counsel, Co-Counsel and Termination Of Counsel*** has been filed via the court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Carol A. Ellensohn
**CAROL A. ELLENSOHN (0074598)**
Assistant Attorney General