**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **WALTER RAGLIN,** | : | |
| Petitioner, | : | **CASE NO. 1:00-CV-767** |
| v. | : | **Judge Walter H. Rice** |
| **BETTY MITCHELL, Warden** | : | **Magistrate Judge Michael R. Merz** |
| Respondent. | : | *Death Penalty Case* |

**RESPONDENT'S MOTION FOR WITHDRAWAL OF COUNSEL**

Now comes Assistant Attorney General Henry G. Appel and notifies the Court he is no longer with the Capital Crimes Section of the Ohio Attorney General's Office and requests withdrawal as counsel of record for Respondent in the above styled appeal.

Respectfully submitted,

**JIM PETRO**
Ohio Attorney General

s/Henry G. Appel
**HENRY G. APPEL (0068479)**
Assistant Attorney General
Email: happel@ag.state.oh.us
Health and Human Services
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
(614) 466-8600; (614) 466-1502 (fax)

**CAROL A. ELLENSOHN* (0074598)**
   **Lead and Trial Counsel*
Assistant Attorney General
Email: cellensohn@ag.state.oh.us

**CHARLES L. WILLE (0056444)**
Assistant Attorney General
Email: cwille@ag.state.oh.us

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
Phone: (6l4) 728-7055; Fax: (614) 728-8600

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, *Respondent's Motion for Withdrawal of Counsel*, has been filed via the court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Henry G. Appel
**HENRY G. APPEL (0068479)**
Assistant Attorney General