To: ~~Judges~~ Walter Herbert Rice & Magistrate Judge Michael R. MERZ.
Judge

Your honorable judges, this is death row prisoner Walter Raglin A338114 my death penalty case is before your court awaiting a fair, and just outcome. The whole purpose of me contacting your court is that i'm in serious concern of my life, and my case that's being represented by: Attorney, James D. OWEN, this attorney, i wrote a letter to 2 weeks ago requesting a copy of all present motions, briefs and a copy of my trial transcripts, future motions, briefs that he plans on filing in my case, Mr. OWENS has not responded, are even sent me a letter that he got my letter, this attorney has not liked me from the very first time we met each other in 2001, your honor i'm scared that this attorney is putting my life in serious danger and is not representing me to the fullest of his capabilities, and i'm asking you, i'm making sound mind choice to fire this attorney "JAMES D. OWEN" from off my case, i'm asking of you to replace this attorney with some one who will work on my behalf of my life, and present a fair case on my behalf, this attorney who is on my case at present will get me killed by the state, cause he is not presenting my death penalty case like a lawyer should be, Mr. OWEN is not concern with saving my life, so i would very much appreciate it to the upmost your honor you taking this attorney off my death penalty case. Your honor, i would appreciate it to the up most if you would find a concerned attorney to represent me, i know that you do not have to, i'm asking because my life is at risk if this attorney stays on my case so i'm asking the court to fire this attorney, and replace this attorney with a attorney who will do his/her best in saving my life, and not trying to get my case just to pass through the courts, and possibly executed if Mr. Owen stays om on my case, so i don't want this attorney to no longer to represent me any longer, your honor i would appreciate it to the upmost you to replace this attorney as soon as your court receives this very important concerned letter. Thank you for your time your honorable court.

*Walter Raglin A338114*
Ohio State Penitentiary
878 Coitsville-Hubbard Rd.
YoungsTown, Ohio 44505

I would like to know who's my attorney?

I need copies of all past/present motions/briefs/and court dates with this court?
I need a copy of my trial transcripts?
I need for you to make who ever my attorneys is to send me the above asked paper work? I would appreciate it to the up most.

I need this courts help cause no attorney is helping me are have sent me any paper work letting me know the present update with my case in court, and i would like to know, and be kept updated with my case, Please! Help me with this very important matter of my life.

I need fired off my death penalty case whom ever attorneys who is on my case at present.

*Walter Raglin*