IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WALTER RAGLIN,
:
    Petitioner,                                   Case No. 1:00-cv-767

:       District Judge Walter Herbert Rice
   -vs-                                       Chief Magistrate Judge Michael R. Merz

BETTY MITCHELL, Warden,
:
    Respondent.

## DECISION AND ORDER DENYING MOTION FOR NEW COUNSEL

This capital habeas corpus case is before the Court on Petitioner's request for appointment of replacement counsel (Doc. No. 103).

The status of this case is that it is fully ripe for Judge Rice's consideration on Petitioner's Objections to the Magistrate Judge's Report and Recommendations and Supplemental Report and Recommendations. Thus the case has been fully litigated on the merits.

Mr. Raglin complains that his present counsel, James Owen, is "not presenting my death penalty case like a lawyer should be," but the only specific complaint he makes about Mr. Owen is that Mr. Owen had not sent him copies of requested papers in the case ("all present motions, briefs, and a copy of my trial transcripts, future motions, briefs that he plans on filing in my case") despite a request some two weeks prior to the request to replace Mr. Owen. Petitioner has not demonstrated that he has a need for the extraordinary number of copies he requests. Nor has he demonstrated that Mr. Owen has failed properly to represent him.

The request to appoint substitute counsel is DENIED. Petitioner's counsel shall provide him with a copy of this Decision and Order.

September 20, 2006.

s/ Michael R. Merz<br>
Chief United States Magistrate Judge