## AFFIDAVIT IN SUPPORT

- Petitioner has made numerous requests for counsel to withdraw, before he finished into Habeas corpus action.

-Indeed, before On 6/18/06, on 8/6/06, 9/13/06, asking for my lawyers help, and to give me lawyer/client information on my death penalty case, in which a Mr. James D. Owen, refuses to give me any help, see attach letters **A,B,C**, I sent to Mr. Owen, asking him to either update me on my case, ~~for over the past 2 years~~ Are, to withdraw. petitioner had requested to counsel James D. Owens to expediate his case in the courts and withdraw. Refuses to communicate any, and all Legal knowledge of my Death Penalty Case, I sent a letter Dated 6/18/06, trying to find out a update!!

-The petitioner also would like to set up a conference call with the court, and present counsel, to ensure the court that the appointment of NEW counsel will not prejudice the State of Ohio, and:

-THat the appointment of New counsel will not delay court proceedings as the petition is already filed.

-Two New counsel should be appointed to work with petitioner in presenting his FEderal Habeas Corpus Issues to the court as Lead/First Chair Counsel.
At present I have a Cocounsel, I ask the court to appoint to me two attorney's. That would present my death penalty case in a fair and legal way.

- I have been doing every thing i can to find out the present place of my case. I have had to call, a attorney that is not my attorney and ask for help, cause, i'm not able to get information about my case from Mr.Owen, I have called, a Joseph-Wilhelm. Chief Counsel, Death Penalty Division, of the Ohio public defenders office, to find out where my death penalty case is, his letter dated "SEPTEMBER,18,2006, I've called a Mr.Joseph WIlhelm and asking him to try and contact Mr.Owens, so i can find out what's going on in my case, and this shows that Mr.Owen does not want to communicate with me, and still has not answered a single letter from me, I had to find out through A Mr.JOseph Wilhelm from the O.P.D. Office that Judge Merz, has made a ruling against me on my federal habeas corpus case, and i'm going so far out of my way to find out about my case, in which i should not have to, Mr.Owens has not and will not respond to any of my letters, and my life is in grave danger, so i'm asking the court to get Mr.Owens off my death penalty case.Thanks.

Respectfully submitted,

*Walter Raglin A338114*
Walter L. Raglin 338114

Witnessed By: *David T Wojtas*        Date-ocT/10/06



David T. Wojtas
Notary Public
In and For the State of Ohio
My Commission Expires:
3-2-20.1

(4)