*My Copy*    9/15/06

Dear Mr. Owen,
This is "Walter Raglin", i'm writing to you a second time in very serious concern about my case and you have not responded to me in any of my letters to you in ~~wwwwww~~ concern of my death penalty case. You have not wrote to me in over 2 years about my case in federal court, i have not gotten any copies of the judges ruling for, are against me, you do not keep a line of communication open for me about my death penalty case, i have had to go to other lawyers to find out that a judge has denied my habeas petition, my life is in great danger if you stay on my case, i've tried to communicate with you, and to have other lawyers contact you for me, and i should not have to do that, you should be keeping me updated with my case, cause that's what a lawyer is supposed to do, regardless, and even especially if his life is on the line. Mr. Owen, you have not contacted me for my advice, are any input what so ever and that is a very serious matter, and by you not letting me know the judge ruling shows me that you don't care for my well being and that your just passing my case through the courts, by any means, and at this rate i will end up like "Andre ~~wwwww~~ Dennis" **who got executed, cause his attorneys didn't do there part for his death penalty case.** I feel that your doing the same thing in my case and your s showing me by your actions, and i'm asking you to either keep me up with my ~~wwww~~ case by sending me all copies of all the judges rulings for are against me as well as every thing that gets filed on my behalf, if you don't do this like you have been doing for over 2½ years now i'm telling you to "WITHDRAW COUNSEL" OFF MY CASE AS SOON AS Your done reading this, cause you don't have my best ~~wwwwwww~~ well being in your mind,

        Sincerely Walter Raglin.



Exhibit A