9/19/06

Dear Mr. Wilhelm,
I received your letter, and i thank you very much.
I have enclosed a copy of a letter that i mailed to Mr. Owens, of my concern of my life.
Mr. Wilhelm, you have done sent the most paper work i done got in these 14 pages for over the past 2½ years, by Mr. Owen.
I did not know that the judge denied my habeas petition until i got your letter and that's what i'm saying about Mr. Owen, is that he don't let me know any thing about my case, for a example the court could have done sent me to the 6th circuit court and i would have not even knew, cause my so called attorney Mr. Owens, does not care for my life, and that's why i need your help in tring to find a couple of outside attorneys that will help me cause i'm in grave danger if this Mr. Owens keeps working on my case, and by his doing i'll end up like "Andre Dennis" who got executed cause his attorneys did not do there part.
Mr. Wilhelm, i really need your help with some body who truely cares for the life of the person who they defending, i would appreciate it if your office will send me a copy of my transcripts volume 1 throgh 22 volumes, and my post conviction petition, i would appreciate it to the up most if you would send me a copy of these important things, that would be a real big help for me.
My life is in the balance, and time is very important, and i would very much appreciate it if you could send me those copies of my trial transripts, post conviction as soon as you possibily can. I would sincerely appreciate it to the up most, Mr. WILhelm. Please! Help me, are help me find some one to really help me with my case in federal court before it's to late.
  Sincerely Walter Raglin


                    Walter Raglin
                      peace & Blessings.


My Copy

Exhibit B