

**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998

www.opd.ohio.gov
(614) 466-5394
Fax (614) 644-0708

**DAVID H. BODIKER**
State Public Defender

Walter Raglin
338-114
Ohio State Penitentiary
878 Coitsville-Hubbard Rd.
Youngstown, Ohio 44505

September 18, 2006

Dear Mr. Raglin:

I got your letter of September 13 and a copy of the letter that you sent to Mr. Owen. I sent a message to Mr. Owen to let him know that you wanted copies of your record. I told him that my office will copy those items and mail them to you. I will do this as soon as I can. However, I will not be able to send you copies until Mr. Owen makes your file available to me, since your file is in his possession.

Mr. Owen and I plan to meet in the near future to discuss the status of your case. We agreed to do this last week, after I told him that we spoke on the phone. It may be a couple of weeks before we can meet because Mr. Owen is working on a deadline for a Sixth Circuit case in another death penalty case.

I will be glad to find qualified attorneys outside of my office to represent you on habeas if Mr. Owen withdraws as your counsel.

Please be advised that you have not yet lost your habeas case in the district court. Your letter to me indicated that you felt you had lost already. Judge Merz has only recommended to Judge Rice that your habeas petition should be denied. Judge Rice will now review your case on his own. Judge Rice may still decide to grant relief to you on some of your claims. Judge Rice does not have to follow Judge Merz's recommendation. Judge Rice is very fair and I think he is the best federal district judge in Ohio, from the standpoint of getting relief in a capital habeas case. So, hang in there!

Sincerely,

Joseph Wilhelm.
Chief Counsel,
Death Penalty Division

Exhibit C