

**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998

www.opd.ohio.gov
(614) 466-5394
Fax (614) 728-3670

DAVID H. BODIKER
State Public Defender

June 28, 2006

Walter Raglin
A338-114
Ohio State Penitentiary
878 Coitsville-Hubbard Road
Youngstown, Ohio 44505

      Re: *Raglin v. Mitchell*
        United States District Court
        Southern District of Ohio
        Case No. 1:00CV-00767

Dear Mr. Raglin:

  I received your letter postmarked June 19, 2006. I did not open the letter because you are currently represented by Attorney James Owen. Therefore I am returning the letter to you unopened.

          Sincerely,

         Randall L. Porter
         Assistant State Public Defender

RLP/ts
Enclosure

*Exhibit D*