6.18.06

Dear MR. Porter,

         This is " WALTER RAGLIN 338114 ", I have not wrote to you are Mr. Vickers, cause i'm hoping and praying for a miarcle to happen to get me off of deathrow, and i apoligze for my nonrespondents. The purpose of the letter is that i'm concern with the **stage of my case in the FEDERAL COURT AT present, and would appreciate it, you letting me know where my case is at, and what has been filed, and what has not been filed in my case???**

I need to know what is going on with my case, and what? where? and how it is going at the present stage. I have some concerns, as to if? every thing is being filed on time?, if all documents is being filed correctly to the exact time line?? Did ~~the~~ judge Merz, judge Rice, grant any thing of my favor, or against me in any thing???

I would really appreciate it, if you would send me all of any documents that has been filed of the last 2 years, i need those papers so i can see for myself that every thing is being filed on time, i would very much appreciate it to the upmost you sending me these documents so i do my part concerning my case at present.

_is_
This very important **when i got shipped, are i should say 1 week before  i was coming** ~~(can)~~
**to osp prison "all of my TRANSCRIPTS, ALL VOLUMES 1 through 22** ~~volumes~~ **volumes was** _from_
~~trown away~~ **away, along with some other very important documents, AND I NEED YOU  ARE MR. VICKERS TO SEND ME A  WHOLE  COPY OF MY 1 22 volumes of my TRANSCRIPT  LIKE  AS SOON AS YOU GET THIS LETTER FROM ME, THIS VERY** ~~█████~~**, BEING THAT I DON't HAVE ANY**
_(is    IMPORTANT)_
**TRANSCRIPT AT ALL TO DO ANY LEGAL WORK ON MY CASE, OR which i need to do my** ~~█████ research on my ███ case,__I NEED YOU TO MAIL ME A COPY AS SOON AS YOU FINISH READING THIS LETTER,__** i would very much appreciate it to the up post, you would send me a copy of my "TRIAL TRANSCRIPT, AS SOON AS POSSIBLE??????

Please! AS. Soon as  you get this letter, Send me a
whole copy of my "Trial Transcripts volumes 1
Through ~~22~~ 25— 1 Through – 25 volumes

much appreciated.

Raglin 338114

OSP-   B-7-18

Exhibit E