IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **WALTER RAGLIN,** | : | |
| Petitioner, | : | CASE NO. 1:00-cv-767 |
| v. | : | JUDGE WALTER H. RICE |
| **BETTY MITCHELL, Warden** | : | MAGISTRATE JUDGE MERZ |
| Respondent. | : | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF CO-COUNSEL**

Please take notice that Assistant Attorney General Charles L. Wille has been replaced as co-counsel of record for Respondent in the above styled appeal by **Senior Assistant Attorney General Daniel R. Ranke**. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

s/ *Daniel R. Ranke*
**DANIEL R. RANKE (0047136)**
Senior Assistant Attorney General
Capital Crimes
615 West Superior Avenue, 11th Floor
Cleveland, Ohio 44113
(216) 787-3030; (216) 787-3480 (fax)
Email: dranke@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, *Respondent's Notice of Appearance and Substitution of Co-Counsel*, has been filed via the court's electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/*Daniel R. Ranke*
**DANIEL R. RANKE (0047136)**
Senior Assistant Attorney General