UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

08 JAN 23 AM 10: 12

ADMINISTRATIVE ORDER NO. 08-01

Pursuant to the authority vested in me as Chief Judge of this District in 28 U.S.C. Sec. 137, and the responsibility to divide the business of the Court and assign cases, as needed,

    Case No.    1:00-cv-493
    Sheppard v. Bagley

    Case No.    1:00-cv-767
    Raglin v. Mitchell

    Case No.    1:01-cv-183
    Fears v. Bagley

    Case No.    1:03-cv-053
    Case No.    1:02-mc-061
    Murphy v. Bradshaw

    Case No.    3:04-cv-154
    Case No.    1:03-cv-033
    Taylor v. Bradshaw

will be transferred to Chief Judge Sandra S. Beckwith.

This Order shall be effective February 1, 2008.

**IT IS SO ORDERED**.

Date: 1/23/08

Sandra S. Beckwith, Chief Judge
United States District Court