IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Walter Raglin,** | : | |
| Petitioner, | : | **CASE NO. 1:00-cv-00767** |
| v. | : | **Judge Sandra S. Beckwith** |
| **Betty Mitchell, Warden,** | : | *Death Penalty Case* |
| Respondent. | : | |

**RESPONDENT'S NOTICE OF APPEARANCE AS LEAD AND TRIAL COUNSEL**

Please take notice that Assistant Attorney General Justin M. Lovett has replaced Assistant Attorney Daniel R. Ranke as lead and trial counsel of record in this matter. Assistant Attorney General Daniel R. Ranke will serve as co-counsel of record.

Copies of all pleadings, documents and notices should be directed to the undersigned.

Respectfully submitted,

MARC DANN
Ohio Attorney General

s/ **JUSTIN M. LOVETT**
**JUSTIN M. LOVETT\* (0081826)**
Assistant Attorney General
*\*Lead and Trial Counsel*
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-7055
Fax: (614) 728-8600
Email: jlovett@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**James David Owen**
5354 N. High Street, Suite 3D
Columbus, Ohio 43214
(614) 436-3245
(614) 436-6788 Fax
Email: jdo@jowenlaw.com

**COUNSEL FOR PETITIONER**

s/ JUSTIN M. LOVETT
**JUSTIN M. LOVETT\* (0081826)**
Assistant Attorney General
  *\*Lead and Trial Counsel*
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-7055
Fax: (614) 728-8600
Email: jlovett@ag.state.oh.us

**COUNSEL FOR RESPONDENT**