UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Walter Raglin,
    Petitioner

v.                                Case No.   1:00-cv-767

Betty Mitchell, Warden,
    Respondent

**ORDER**

        The undersigned hereby recuses herself from this case. This action is hereby **TRANSFERRED** from the docket of the Honorable Sandra S. Beckwith to that of the Honorable Michael R. Barrett.

Date: February 8, 2008                        s/Sandra S. Beckwith
                                                            Sandra S. Beckwith, Chief Judge
                                                            United States District Court


                                                            s/Michael R. Barrett
                                                             Michael R. Barrett, Judge
                                                            United States District Court