Walter Raglin A338114
O.S.P. B.7.25
878 Coitsville-Hubbard Rd.
Youngstown, Ohio 44505

08 AUG 15 AM 11:15

U.S. District Court
Southern District of Ohio
-Cincinnati-Case#=1:00-CV-00767-MRB-MRM



To: Judge Michael R. Barrett,

My name is Walter Lewis Raglin, Jr. Prison i.d. A338114, housed on death row at Ohio State Prison. My purpose in writing you is that my lawyer James Owens is not helping my case in the Courts. James Owens has only been in contact with me 3 times in 8 years; and will not communicate with me with regards to my case. James Owens is destroying my case.

One example is, he has, and continues not to file a "MOTION FOR EVIDENTIARY HEARING" on my behalf; since 04.04.2005, to the present date. By this lawyer not filing a "MOTION FOR EVIDENTIARY HEARING", he is putting my case in the Courts in jeopardy; as well as my life. On document 101, filed on 7.18.2006, on page 5, James Ownes admits to not filing a "MOTION FOR EVIDENTIARY HEARING", and is not seeking to file one on my behalf. This is the best example of me showing you why I need you to allow me 2 new lawyers who will work for my best interests.

The document is the PETITION James Owens filed on my behalf; page 5, bottom of the page. I'm also referring to DOCKET NOS: 63, 64, 65, 66, and 79. I have had to contact the Chief of the Ohio Public Defenders Office, Joseph Wilhelm, for assistance on information about my case. I have to ask other prisoners to contact their lawyers to find out information on my case. I have sent a letter to the Court explaining why I need 2 new lawyers; as well as a "MOTION FOR NEW COUNSEL/MOTION TO APPOINT COUNSEL";

and now for you to see my situation, and allow me to have 2 new lawyers who will represent me to the best of their professional abilities.

I have come to learn of a "New Capital Habeas Unit Federal Public Defenders Office" for the Southern District of Ohio. It will cost the Court no money, and my case will be in the hands of people who will work for my best interests.

James Owens will not write to me, and will not send me any copies of work on my case. By his actions of not properly filing documents on my behalf; this is showing me that James Owens does not care for my case or my life. I'm asking for you, Judge Barrett, to see that I get 2 quality lawyers, from the new "Capital Habeas Unit", that will work on my behalf fairly. I'm asking for a chance at a fair representation on my behalf.

I would like to draw the Courts attention to the fact that the Court has allowed the State of Ohio 4 different representations of attorneys. I'm only hoping that you will grant me one time to get 2 new lawyers. This is my hope and my prayer.

James Owens has advised me that he is willing to withdraw as my counsel. I humbly hope that you will grant this request on my behalf, and withdraw Attorney James Owens from my case as soon as possible; and grant me leave to obtain 2 new lawyers from the "New Federal Public Defenders Office" for the Southern District of Ohio to work on my behalf.

If you don't contact me, will you please have someone let me know what you have decided. Otherwise I will not know.

I have just recently found out, through a prisoner who let me know that he had seen, that my Habeas Petition was turned down by Judge Mertz. I did not know of this until this prisoner let me

know that. That is information that my attorney is supposed to let me know. This is another example of how James Owens is causing havoc in my case. Judge Mertz made that ruling on 7.12.2005. I'm just finding this out this past winter.

I humbly pray that you see the injustice from this attorney James Owens. And I hope you will grant me 2 new lawyers from the "New Federal Public Defenders Office" for the Southern District of Ohio "Capital Habeas Unit".

This is my prayer for the Courts.

Walter Raglin A338114

O.S.P.-B-7-25

878 Coitsville-Hubbard Rd.

Youngstown, Ohio 44505