IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WALTER RAGLIN,
:
    Petitioner,                                  Case No. 1:00-cv-767

:        District Judge Michael R. Barrett
    -vs-                                     Chief Magistrate Judge Michael R. Merz

BETTY MITCHELL, Warden,
:
    Respondent.

**DECISION AND ORDER DENYING THIRD MOTION FOR NEW COUNSEL**

      This capital habeas corpus case is before the Court on Petitioner's third request for appointment of replacement counsel (Doc. No. 113). The Court has denied two prior requests for replacement counsel and denied this one on the same basis: the case has been fully litigated and is ripe for decision before Judge Barrett.

      Petitioner notes that there is a new capital habeas corpus unit at the Federal Public Defender's Office, which is correct. However, that office is not accepting transferred cases from other counsel in completed litigation. If Judge Barrett decides this case requires additional litigation, the Court will reconsider the request.

August 15, 2008.

                                                                     s/ **Michael R. Merz**
                                                           Chief United States Magistrate Judge