AFFIDAVIT

State of Ohio:

County of Franklin:

The undersigned, James D. Owen, being first duly sworn, depose and state:

1. I am trial counsel for Walter Raglin in his action seeking habeas corpus relief that is now pending in the United States District Court for the Southern District of Ohio.

2. Petitioner Walter Raglin and I have had a serious breakdown in communication, which has prevented me from representing him in any meaningful way. During a meeting with Mr. Raglin in February of 2008, for example, Mr. Raglin was so upset by my failure to file a Motion for Evidentiary Hearing that he refused to discuss an important matter that needed to be resolved.

3. Also by way of example, during a June 2008 telephone conference with Mr. Raglin, he informed me that he was relying on information being provided by other lawyers and even believed that those lawyers were representing him in his federal habeas case.

4. Given this complete breakdown of communication between Mr. Raglin and myself, it is imperative that new counsel be appointed in order for him to be effectively represented in the additional litigation that will most likely occur in the District Court. This will include, of course critical legal work to file motions pursuant to Fed Civ R. 59 (e), and Fed. Civ. R. 60.

Further Affiant sayeth naught.

_____
James D. Owen

Sworn to and before me this 28th day of August, 2008.

_____
Notary Public

KEITH A. YEAZEL
ATTORNEY AT LAW
MY COMMISSION DOES NOT EXPIRE
(R.C. 147.)