IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **WALTER RAGLIN,** | Case No. 1:00-cv-00767 |
| Petitioner, | Judge: Michael R. Barrett |
| v. | Magistrate Judge: Michael R. Merz |
| **BETTY MITCHELL,** | |
| Respondent. | |

## NOTICE OF APPEARANCE

Now comes Carol A. Wright, Assistant Federal Defender, Capital Habeas Unit, Federal Public Defender's Office, Southern Ohio, 10 W. Broad Street, Suite 1020, Columbus, Ohio 43215 and hereby enters her appearance as Counsel of Record and Lead Attorney for Petitioner Walter Raglin.

Respectfully requested,

/s/Carol A. Wright
Assistant Federal Defender
Capital Habeas Unit
Federal Defender's Office
Southern District of Ohio
10 W. Broad Street, 10th Flr.
Columbus, Ohio 43215
(614) 469-2999
Carol_Wright@fd.org

Counsel for Petitioner
Walter Raglin

**CERTIFCATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this Notice of Appearance

was filed electronically this 2nd day of September, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                /s/Carol A. Wright  
                                                Assistant Federal Defender