**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**


| | |
|---|---|
| **WALTER RAGLIN,** | **Case No. 1:00-cv-00767** |
| **Petitioner,** | **Judge: Michael R. Barrett** |
| **v.** | **Magistrate Judge: Michael R. Merz** |
| **BETTY MITCHELL,** | |
| **Respondent.** | |

---

### MOTION TO STAY AND HOLD IN ABEYANCE FOR SIXTY DAYS

---

Now comes Carol A. Wright, counsel for Petitioner, and requests this Court stay this case

and hold in abeyance for 60 (sixty) days.  The reasons for this request are set forth in the

accompanying memorandum.

Respectfully requested,

/s/Carol A. Wright
Assistant Federal Defender
Capital Habeas Unit
Federal Defender's Office
Southern District of Ohio
10 W. Broad Street, 10th Flr.
Columbus, Ohio 43215
(614) 469-2999
Carol_Wright@fd.org

**MEMORANDUM IN SUPPORT OF MOTION
TO STAY AND HOLD IN ABEYANCE**

This Court granted Attorney Jim Owen's motion to withdraw and appointed Stephen

Nolder, Federal Public Defender for the Southern District of Ohio to represent Petitioner in this

matter on August 30, 2008.  Mr. Nolder subsequently assigned undersigned counsel of the

Capital Habeas Unit to this case.  This case is pending before Judge Barrett on Petitioner's

Objections filed on July 18, 2006 to the Supplemental Report and Recommendations filed by

Magistrate Judge Merz.  The case was transferred to Judge Barrett in February of 2008.

Petitioner requests this sixty (60) day stay in order for new counsel to review the record

and former counsel's file in order to determine whether there are additional pleadings or issues

that need to be raised or more fully developed at this time.  The current record reflects, at best, a

strained relationship between former counsel and petitioner as evidenced by several requests for

new counsel by petitioner.  (See, Doc. 103, 105, 113)   Those requests include specific

complaints about counsel's failure to provide pleadings to petitioner and failure to request an

evidentiary hearing.  The Court's Supplemental Report and Recommendation also makes

mention of the failure to request an evidentiary hearing. (Doc. 100, p. 5) Former counsel

acknowledged his inability to represent Mr. Raglin in any meaningful way. (Doc. 115-3, Exhibit

B, Affidavit of James Owen)

Current counsel recognizes that Petitioner's ability to raise additional issues or more fully

develop issues at this time may be extremely limited. Nevertheless, counsel, at a minimum, needs

to familiarize herself with the record in order to properly represent Petition at this time and in

future litigation much of which is governed by strict jurisdictional time frames.  (See, i.e., Fed. R.

59(e)) Once Judge Barrett issues a decision on the objections, there will be a very limited time

frame for any response by Petitioner.

Petitioner does not move for this stay in an attempt to delay the proceedings.  Counsel has begun review of the district court docket and decisions.  Moreover, she met with Petitioner on August 29, 2008.  She has arranged to pick up former counsel's files on September 4, 2008.  These files are voluminous, comprising some twenty-two (22) bankers boxes of materials.  She has already contacted former counsel, Randy Alden and Kevin Durkin, and requested a conference with them to discuss the case.  She will immediately begin her review of the files collected from counsel.

For the foregoing reasons, Petitioner requests this Court grant the motion and hold the case in abeyance for sixty (60) days until November 3, 2008.

Respectfully requested,

/s/Carol A. Wright
Assistant Federal Defender
Capital Habeas Unit
Federal Defender's Office
Southern District of Ohio
10 W. Broad Street, 10th Flr.
Columbus, Ohio 43215
(614) 469-2999
Carol_Wright@fd.org

Counsel for Petitioner
Walter Raglin

### CERTIFCATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Notice of Appearance was filed electronically this 3rd day of September, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/Carol A. Wright
Assistant Federal Defender