# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WALTER RAGLIN,

    Petitioner,

    -vs-

BETTY MITCHELL, Warden,

    Respondent.

Case No. 1:00-cv-767

District Judge Michael R. Barrett
Magistrate Judge Michael R. Merz

## DECISION AND ORDER ON AMENDED MOTION FOR DISCOVERY

This capital habeas corpus case is before the Court on Petitioner's Amended Motion for Discovery (Doc. No. 147).

Having read the deposition of Robert Ranz[1] upon which the Amended Motion is based, the Court remains unpersuaded that Petitioner has shown good cause for the requested additional discovery.

The Amended Motion is accordingly DENIED.

May 13, 2009.

                                            s/ **Michael R. Merz**
                                              United States Magistrate Judge

---

[1] Mr. Ranz was one of Petitioner's counsel at trial.