# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

WALTER RAGLIN,

:

    Petitioner,                                  Case No. 1:00-cv-767

:              District Judge Michael R. Barrett
    -vs-                                   Magistrate Judge Michael R. Merz

BETTY MITCHELL, Warden,

:

    Respondent.

## SUPPLEMENTAL OPINION AND RECOMMENDATIONS

       This capital habeas corpus case is before the Court on Respondent's Objection (Doc. No. 179), to the Magistrate Judge's Decision and Order (Doc. No. 177) granting Petitioner's Motion to Amend (Doc. No. 172). Petitioner has filed a Response to the Objection (Doc. No. 185). The District Judge has recommitted the matter to the Magistrate Judge for a supplemental opinion and recommendation (Doc. No. 187).

       Having considered the parties' arguments, the Magistrate Judge recommends the Objection be overruled on the basis set forth in the Magistrate Judge's Supplemental Opinion and Recommendations in *Waddy v. Coyle,* Case No. 3:98-cv-084 (Doc. No. 188).

July 11, 2012.

                                                                                           s/ *Michael R. Merz*
                                                                    United States Magistrate Judge