# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Walter Raglin,

    Petitioner,

        v.                                     Case No. 1:00cv767

Betty Mitchell, Warden,                 Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 10, 2014 (Doc. 204).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 204) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 204) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 204) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Petitioner's thirty-ninth (39) and fortieth (40) grounds for relief are **DISMISSED without prejudice AS MOOT**.

IT IS SO ORDERED.

                                              */s/ Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge