# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Walter Raglin,

    Petitioner,

        v.                       Case No.   1:00cv767

Betty Mitchell, Warden,         Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 2, 2016 (Doc. 267) and the Respondent's Response to Report and Recommendations on Petitioner's Motion to Expand the Certificate of Appealability (ECF NO. 267) (Doc. 268) indicating they have no objections to the Report and Recommendation to expand the Certificate of Appealability.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 267) of the Magistrate Judge is hereby **ADOPTED.**   Petitioner's Motion to Expand the Certificate of Appealability is **GRANTED.**

    **IT IS SO ORDERED.**

                      */s/ Michael R. Barrett*
                      Michael R. Barrett
                      United States District Judge